THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Lakendrick
 Kentrell Leverette,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Greenwood County

 J. Ernest Kinard, Jr., Circuit Court
Judge

__________

 

Unpublished Opinion No. 2010-UP-143

Submitted January 4, 2010  Filed February
23, 2010    

__________

 

APPEAL DISMISSED

__________

 

Deputy Chief Appellate Defender Wanda H.
Carter, of Columbia, for Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
Salley W. Elliott, Office of the Attorney General, all of Columbia; Solicitor
Jerry W. Peace, of Greenwood, for Respondent.

 

 

 

PER CURIAM:  Lakendrick Leverette appeals his
conviction for strong armed robbery.  On
appeal, Leverette argues the trial court erred by (1) abusing its discretion by
imposing an unreasonable and arbitrary sentence, (2) refusing to grant
Leverette's motion for directed verdict, and (3) instructing the jury on strong
armed robbery as a lesser included offense of armed robbery.   After a thorough review of the record, appellant's
pro se brief, and counsel's brief pursuant to Anders v. California,
386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
(1991), we dismiss Leverette's appeal and grant counsel's motion to be relieved.[1]

 

APPEAL
DISMISSED.

 

WILLIAMS,
PIEPER, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.